# UNITED STATES DISTRICT COURT
### for the
### District of Puerto Rico

| | |
|---|---|
| United States of America<br>v.<br><br>BERNIS DIAZ-DE LA CRUZ<br><br>*Defendant(s)* | Case No. ~~24-~~ 25-609 (M) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **June 25, 2025** in the county of _____ in the _____ District of **Puerto Rico**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a) | Obstructing and resisting a federal officer |
| 18 U.S.C. § 111(b) | Assaulting a federal officer through the use of a dangerous weapon |

This criminal complaint is based on these facts:

See attached affidavit.
The United States requests that defendant be detained and moves for a three-day continuance under 18 U.S.C. § 3142(f).
Approved by AUSA Jeanette M. Collazo-Ortiz

☑ Continued on the attached sheet.

*Complainant's signature*

Jonathan Haber, Special Agent FBI
*Printed name and title*

Sworn to and subscribed in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 11:08 a.m., on

Date: 06/28/2025

*Judge's signature*

City and state: San Juan, Puerto Rico

U.S. Magistrate Judge Héctor Ramos-Vega
*Printed name and title*