IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>BERNIS DIAZ- DE LA CRUZ,<br>Defendant. | MISDEMEANOR INFORMATION<br><br>Criminal No. 25-332-ADC<br><br>Violations:<br>18 U.S.C. § 111(a)<br><br>ONE COUNT |

THE UNITED STATES CHARGES:

### COUNT ONE
### Resisting, Opposing or Impeding Certain Officers or Employees
(18 U.S.C. § 111)

On or about June 25, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**BERNIS DIAZ-DE LA CRUZ,**

did forcibly resist, oppose and impede a person designated in 18 U.S.C. § 1114, to wit: J.S.M., a Border Patrol agent who was engaged in official duties. All in violation of 18 U.S.C. §§ 111(a)(1).

W. STEPHEN MULDROW
United States Attorney

*/s/ Jeanette M. Collazo-Ortiz*
Jeanette M. Collazo-Ortiz
Assistant United States Attorney
Deputy Chief, Violent Crimes Division

*/s/ César E. Rivera Díaz*
César E. Rivera Díaz
Assistant United States Attorney
Violent Crimes Division

RECEIVED & FILED
CLERK'S OFFICE
JUL 24 2025
US DISTRICT COURT
SAN JUAN, PR