# Memorandum



RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Gizelle M. Rivera, Operations Manager
cn=Gizelle M. Rivera, Operations Manager, o=USDC-PR, email=Gizelle_Rivera@prd.uscourts.gov, c=US
2025.07.24 18:49:57 -04'00'

25-cr-332-ADC
Misdemeanor Information

| Subject | Date |
|---|---|
| Filing of Information Bernis Diaz-De la Cruz | July 24, 2025 |

| To: | From: |
|---|---|
| Gizelle Rivera<br>Operations Manager<br>U.S. District Court<br>District of Puerto Rico | César E. Rivera<br>Assistant United States Attorney<br>District of Puerto Rico |

Mr. Diaz- De la Cruz has agreed to the filing of the attached Information charging a violation of 18 U.S.C. § 111(a)(1)

As agreed with counsel in case 25-mj-609, once the Information is filed, Diaz-De la Cruz will enter into a plea agreement for the same.

It is respectfully requested that a waiver of Indictment and a Change of Plea hearing be scheduled.

cc. Héctor Sueiro, AFPD